# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152743(43)

CLAY W. LONG,
        Plaintiff/Counter Defendant-
        Appellant,

v

HARBOR POINT ASSOCIATION,
        Defendant/Counter Plaintiff/Third
        Party Plaintiff-Appellee,
and

LYNSEY LONG,
        Third Party Defendant.
_____/

SC: 152743
COA: 322327
Emmet CC: 2013-103876-CH

On order of the Chief Justice, the motion of the Meisner Law Group, P.C., to withdraw as counsel for plaintiff/counter defendant-appellant is GRANTED. The case will proceed to a decision on the existing application for leave to appeal and with plaintiff/counter defendant-appellant being listed as acting *in propria persona* unless and until another attorney files an appearance on his behalf.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2016

